**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

REGIONS BANK, an Alabama banking
corporation, d/b/a REGIONS FUNDING,

    Plaintiff,

v.                                                                           Case No. 2:08-cv-31-FtM-34SPC

TIMOTHY LYNCH, individually, PYRAMID
II JANITORIAL SUPPLIES AND
EQUIPMENT, INC., a Florida corporation,
PYRAMID AMERICA, LLC, a Florida
limited liability company, HARVEY
ROLLINGS, individually, STORMY
WILDER, individually, and BARBARA
O'CONNELL, individually,

    Defendants.
_____/

**O R D E R**

    **THIS CAUSE** is before the Court on Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery (Dkt. No. 2; Motion), filed on January 18, 2008. Given the length of time that passed between Plaintiff's filing of the Motion and the proofs of service of process on Defendants, the Court directed Plaintiff "to inform the Court of whether it still seeks the relief requested in the Motion" no later than March 13, 2008. Order (Dkt. No. 37) at 2. While Plaintiff has not responded to the Order as directed, it did file an Amended Motion for Preliminary Injunction (Dkt. No. 43) on March 12, 2008.[1] As a result, the Motion is now moot.

---

[1] It is apparent from the filing of this motion that Plaintiff still seeks preliminary injunctive relief against certain Defendants.

Accordingly, it is hereby **ORDERED**:

Except as otherwise provided in Order (Dkt. No. 4), Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery (Dkt. No. 2) is **DENIED as MOOT**.

**DONE AND ORDERED** at Fort Myers, Florida, this 17th day of March, 2008.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

lc1
Copies to:

Counsel of Record